IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Donald Ritchie Jones,<br><br>　　　　Defendant. | No. CR09-02456-TUC-RCC(EJM)<br><br>**ORDER** |

　　The Court having made a de novo review of the Report and Recommendation filed by Magistrate Judge Markovich (Doc. 107),

　　**IT IS ORDERED** the Court adopts the recommendations of the Magistrate Judge and **FINDS** the defendant to be in violation of the allegations contained in the superseding petition to revoke supervised release.

　　DATED this 30th day of September, 2016.

_____
Raner C. Collins
Chief United States District Judge